UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.
    Plaintiffs

           v.                   Civil No. 98-1191(SEC)

MUNICIPALITY OF LAS PIEDRAS, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #26<br>Informative Motion in Compliance with Order | Granted. In light of the information proffered by the parties, discovery shall conclude on January 10, 2000. **No further extensions of time will be granted.** Parties shall file the required Pretrial Order by January 31, 2000. Upon its filing, the Court shall set the above-captioned case for a Pretrial and Settlement Conference. |
| Docket #27<br>Motion of Assumption of Legal Representation | Granted. Defendant José González Camacho's new legal representative shall be attorneys José Carlos García-Selva and Ricardo A. Ramírez-Lugo, of the law firm of García Selva & Ramírez Lugo. |

DATE: September 13, 1999

SALVADOR E. CASELLAS
United States District Judge

Rec'd:    EOD:

By:    #29