IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Magda I. Ortiz-Garcia, etc.
Plaintiff(s)

v.

Municipality of Las Piedras, et al.
Defendant(s)

Civil No. 98-1191 (SEC)

RECEIVED & FILED
'00 FEB -7 AM 7:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 1/31/00   DOCKET #: 31   TITLE: Joint Motion Requesting Extension of Time in Which to file Pretrial Report

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [X] Joint

DISPOSITION:

[X] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

4-II-00
DATE

SALVADOR E. CASELLAS
United States District Judge