IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA I. ORTIZ-GARCIA, et. al.        *
                                       *
        Plaintiffs                     *
                                       *    Civil No. 98-1191(SEC)
            v.                         *
                                       *
MUNICIPALITY OF LAS PIEDRAS, et. al.*
                                       *
        Defendants                     *
*************************************

## ORDER

The parties in the above-referenced case have filed a joint stipulation for the partial settlement of this case. **(Docket #34)**. In the stipulation, plaintiffs agree, for consideration to be received, to dismiss with prejudice all their claims pertaining to the above-referenced case held against co-defendants Dr. José E. González-Camacho, his wife Stella Fuentes-Reyes, and the conjugal legal partnership existing between them. However, the parties have informed the Court that the stipulation herein involves the settlement of claims belonging to minor children. Therefore, the above-captioned matter is hereby referred to Magistrate Judge Aida Delgado Colón for the holding of a confirmation hearing, to ascertain whether the stipulation herein involved is in the best interest of the minor plaintiffs. Afterwards, the case shall be returned for future proceedings.

**SO ORDERED.**

In San Juan, Puerto Rico, this ___19TH___ day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)