IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ-GARCIA ET AL
   Plaintiffs

v.    Civil No. 98-1191(SEC)

MUNICIPALITY OF LAS PIEDRAS ET AL
   Defendants

### ORDER

A Some Disposition Hearing is set for August 18, 2000, at 10:00 AM, in which the Special Prosecutor of Family Affairs, Annabelle Vázquez-Rodriguez Esq., will inform the Court on the status (family/school life and well being) of minors Rolando Rodríguez-Ortiz and Emily Rivera-Ortiz.

The Clerk of Court will issue summons to the following persons to appear on said date and time:

   Ms. Hayde Bulos
   217 West 63rd Street - Apt. 5C
   New York NY 10023
   Telephone (212)757-9129

   Mr. Linio Rivera
   Thru: Attorney Consuelo Sifre
   Nachman, Guillermard & Rebollo
   1250 Ponce de León Avenue
   San Juan PR
   Telephone (787)724-1212

**SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of August, 2000.

                        AIDA M. DELGADO-COLON
                        U.S. Magistrate-Judge