## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MAGDA IRIS ORTIZ-GARCIA ET AL**
   **Plaintiffs**

   **v.**                                       Civil No. 98-1191(SEC)

**MUNICIPALITY OF LAS PIEDRAS ET**
**AL**
   **Defendants**

_____

## ORDER FOR ENTRY OF PARTIAL JUDGMENT

The parties consented to the Magistrate-Judge's jurisdiction for purposes of entering final judgment in regards to the minors' settlement claim.

The Clerk of Court will proceed to enter judgment in accordance with the parties' stipulation as reflected in the minutes of proceedings held on May 19, 2000 (**Docket No. 39**) and the information provided by Attorney García-Silva at paragraph 4 of his motion (see **Docket No. 40**).

**Docket No. 40 is NOTED.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of August, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

cc: CD: 8/9/00