IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA I. ORTIZ-GARCIA, et. al.        *
                                       *
    Plaintiff                          *
                                       *   Civil No. 98-1191(SEC)
    v.                                 *
                                       *
MUNICIPALITY OF LAS PIEDRAS, et. al.   *
                                       *
    Defendants                         *
**************************************

## ORDER

After the entry of partial judgment on August 8, 2000, **(Docket #42)**, the parties are hereby **ORDERED** to inform the Court on the status of the case regarding the remaining claims **within ten (10) days from this Order.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 17TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)