IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ-GARCIA ET AL
   Plaintiffs

   v.                                    Civil No. 98-1191(SEC)

MUNICIPALITY OF LAS PIEDRAS ET AL
   Defendants

## REPORT

At the request of counsel for plaintiff and it being agreeable to the Special Prosecutor for Family Affairs, Attorney Anabel Vázquez, this case had been set for a Some Disposition Hearing to take place on August 18, 2000.

On this date, only counsel for plaintiff appeared. It could not be determined whether Mr. Linio Rivera, custodian of minor Emily Rivera-Ortiz, was summoned or whether Special Prosecutor Anabel Vázquez was placed on notice of today's setting.

Counsel for plaintiff has asserted there are still events she would like to discuss and bring to the attention of the Special Prosecutor and this Court. These matters, however, are not related to the stipulation and judgment entered on March 31, 2000.

Thus, counsel for plaintiff must ascertain what is the position of the Special Prosecutor and whether there is information or evidence to be brought to the attention of this Court.

At San Juan, Puerto Rico, this 18th day of August, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)