IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA I. ORTIZ-GARCIA, et. al.          *
                                        *
    Plaintiffs                          *
                                        *     Civil No. 98-1191(SEC)
        v.                              *
                                        *
MUNICIPALITY OF LAS PIEDRAS, et. al.    *
                                        *
    Defendants                          *
*************************************

### ORDER

Plaintiff has informed the Court that settlement of the remaining claims in the above-captioned case has been unsuccessful so far and has requested the setting of a pre-trial conference. (Docket #45). The parties are therefore **ORDERED** to file their joint pre-trial report within twenty days from this Order. Upon filing the pre-trial report, the Court will set a date for the pre-trial conference as soon as its calendar allows.

**SO ORDERED.**

In San Juan, Puerto Rico, this ___ day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)