IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: September 11, 2000

| | |
|---|---|
| MAGDA ORTIZ-GARCIA, et al<br><br>    Plaintiffs<br><br>vs.<br><br>LAS PIEDRAS MUNICIPALITY, et al<br><br>    Defendants | CIVIL NO. 98-1191 (SEC) |

By Order of the Court, **a Settlement Conference is hereby** set for **September 27, 2000 at 4:30 p.m. before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deputy Clerk