IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: September 27, 2000

| | |
|---|---|
| MAGDA ORTIZ-GARCIA, et al | |
|     Plaintiffs | |
| vs. | CIVIL NO. 98-1191 (SEC) |
| LAS PIEDRAS MUNICIPALITY, et al | |
|     Defendants | |

Upon counsel Viera's request and by Order of the Court, **Settlement Conference** set for **today, September 27, 2000, is continued sine die**.

Kim Flores
Courtroom Deputy Clerk

Notified by phone

