# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Minutes of Proceedings

HONORABLE ROBERT J. WARD          Date: February 5, 2001

COURTROOM DEPUTY: Michael Guranich    CIVIL CASE: 98-1191(SEC)

|  | Attorneys |
|---|---|
| MAGDA ORTIZ-GARCIA, et al., | Andres Guillemard-Noble |
| vs. | |
| LAS PIEDRAS MUNICIPALITY | Vanessa Viera Rabelo |

Settlement Conference held. Defendant's attorney to furnish insurance policy. Telephone conference call scheduled for February 14, 2001 at 1:00p.m. before Judge Robert J. Ward.

Michael Guranich
Courtroom Deputy