IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA ORTIZ-GARCIA, et. al.           *
                                       *
        Plaintiffs                     *
                                       *    Civil No. 98-1191(SEC)
            v.                         *
                                       *
LAS PIEDRAS MUNICIPALITY               *
                                       *
        Defendant                      *
************************************

## ORDER

On February 22, 2001 a telephone conference was held before Judge Ward. The parties informed that they were ready to settle for $150,000.00 once the Defendant furnished a copy of the insurance policy available when the alleged negligence occurred. (See Docket # 51, Minutes of Proceedings). Accordingly, the parties are hereby **ORDERED** to inform the Court **by April 18, 2001** of the status of settlement negotiations.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3 day of April, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)