UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                     DATE: May 8, 2000

MAGDA ORTIZ-GARCIA, et al      *
                               *
                               *
        Plaintiffs             *
                               *
                               *
vs.                            *      CIVIL NO.  98-1191 (SEC)
                               *
                               *
MUNICIPALITY OF LAS PIEDRAS,   *
et al                          *
                               *
                               *
        Defendants             *

By Order of the Court, **a Settlement Conference is hereby set for May 21, 2001 at 2:00 p.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

_____
COURTROOM DEPUTY CLERK

Notified by phone