IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Magda I. Ortiz-Garcia*
Plaintiff(s)

v.

*Municipality of Las Piedras*
Defendant(s)

Civil No. 98-1191 (SEC)

### DESCRIPTION OF MOTION

DATE FILED: 4/11/01   DOCKET #: 53   TITLE: *Motion to Withdraw as Counsel*

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

### COMMENTS

_____
7-V-01
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

