# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| CIVIIL CASE NO: **98-1191(SEC)** | DATE: May 21, 2001 |
|---|---|
| MAGDA I. ORTIZ-GARCIA, et. al.<br>　　Plaintiffs | Attorneys:<br>Andres Guillemard, Esq. |
| v. | |
| MUNICIPALITY OF LAS PIEDRAS, et. al.<br>　　Defendants | Vanessa Viera, Esq.<br>Carmen Curet, Esq. (excused) |

## SETTLEMENT CONFERENCE

A Settlement Conference **was held** in Chambers today with counsel for the defendants and the plaintiffs present. Attorney Carmen Curet, appearing on behalf of the Municipality of Las Piedras was excused. The parties informed the Court that the insurance policy covering the facts of this case has been provided and both parties agreed to obtain from Carmen Curet a certificate to the effect that the insurance policy provided is the only one in existence covering the facts of this case.

After a review of the case with the parties, the Court agrees with Judge Ward's initial recommendation for settlement of this case and after being informed by the parties' of their intent to settle, the Court **ORDERED** the parties to file a settlement stipulation disposing of all remaining claims in this case **by June 15, 2001.**

SALVADOR E. CASELLAS
U.S. District Judge

