IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.      *
                                      *
Plaintiffs                            *
                                      *
                                      *   Civil No. 98-1191(SEC)
v.                                    *
                                      *
MUNICIPALITY OF LAS                   *
PIEDRAS, et al.                       *
                                      *
Defendants                            *
**********************************

## ORDER

A Pretrial and Settlement Conference is hereby set for November 14, 2001 at 10:00 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6TH day of November, 2001.

SALVADOR E. CASELLAS
United States District Judge

s/cs:to ( ✓ )
attys/pts
in ICMS

NOV - 6 2001