# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

CIVIL CASE NO: 98-1191**(SEC)**        DATE: November 14, 2001

MAGDA IRIS ORTIZ-GARCIA, et al.      Attorneys:
                                    Andres Guillemard-Noble, Esq.

     Plaintiffs

       v.

LAS PIEDRAS MUNICIPALITY, et al.      Vanessa Viera-Rabelo, Esq.

     Defendants

### PRETRIAL AND SETTLEMENT CONFERENCE

A settlement conference was held in Chambers today with counsel for Plaintiffs and Defendants present. The status of the case was discussed. Counsel for Plaintiffs informed the Court that they cannot proceed to finalize the settlement agreement reached between the parties until a negative certification of any additional insurance policies (other than American International Insurance Company Policy #169-0107911) is provided by the municipality. To this end, counsel for Plaintiffs requested that they be allowed to file a notice of deposition pursuant to Fed. R. Civ. Proc. 30(b)(6) **on or before November 15, 2001**, notifying that a deposition will take place on **November 27, 2001 at 2:00 p.m.** The Court approved said request, but advised counsel for all parties that **no continuances thereof shall be granted**.

Plaintiffs' counsel informed the Court that Defendants have not provided them with a report from their expert witness, Dr. Lopchinski; and requested that, in light thereof, he not be permitted to testify. Since said expert had been announced for some time and the parties had been involved in settlement negotiations, the Court ruled that Defendants can and shall submit said report **on or before December 2, 2001.**

Parties shall inform the Court whether settlement has been reached **on or before November 30, 2001.**

The case is ready for trial. Therefore, after coordinating its calendar with counsel, the Court **set Jury Trial for December 4, 2001 at 9:00 a.m. No continuances will be granted**.

s/ca:to ( *6* )
attys/pts
in ICMS

11/21/01

SALVADOR E. CASELLAS
U.S. District Judge