# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MAGDA IRIS ORTIZ GARCIA, et al. | * |
| Plaintiffs | * |
| | * Civil No. 98-1191(SEC) |
| v. | * |
| MUNICIPALITY OF LAS PIEDRAS, et al. | * |
| Defendants | * |

****************************

## ORDER

Parties in the above-captioned action have informed the Court that they have reached a settlement and shall be filing the corresponding stipulation on December 3, 2001.

Therefore, the Jury Trial set for December 4, 2001 is hereby set aside.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of December, 2001.

SALVADOR E. CASELLAS
United States District Judge

s/cs:to ( P )
attys/pts
in ICMS

DEC - 5 2001