# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.   *
                                  *
Plaintiffs                        *
                                  *   Civil No. 98-1191(SEC)
v.                                *
                                  *
MUNICIPALITY OF LAS PIEDRAS,      *
et al.                            *
                                  *
Defendants                        *
**********************************

## ORDER

Parties in the above-captioned action informed the Court that they had reached a settlement and would be filing the corresponding stipulation on December 3, 2001. On that basis, the Jury Trial set for December 4, 2001 was set aside. Over a month has passed since then, and said settlement stipulation has yet to be filed with this Court. The parties have not filed any informative motions, either. Therefore, the Court hereby **ORDERS** the parties to file the corresponding stipulation on or before February 2, 2002. Further failure to comply in a timely manner with this Court's orders will result in the dismissal of this action for failure to prosecute, and/or the imposition of monetary sanctions against both parties.

**SO ORDERED.**

In San Juan, Puerto Rico, this __17__ day of January, 2002.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)