## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.     *
                                     *
Plaintiffs                           *
                                     *    **Civil No. 98-1191(SEC)**
v.                                   *
                                     *
MUNICIPALITY OF LAS PIEDRAS,         *
et al.                               *
                                     *
Defendants                           *
*********************************

### ORDER

Parties in the above-captioned action informed the Court that they had reached a settlement and would be filing the corresponding stipulation on December 3, 2001. On that basis, the Jury Trial set for December 4, 2001 was set aside. Over a month has passed since then, and said settlement stipulation has yet to be filed with this Court. The parties have not filed any informative motions, either. Based on this, the Court, on January 18, 2002 ordered the parties to file the corresponding stipulation on or before February 2, 2002. Since the parties have not yet informed the Court on the progress of the settlement negotiations, **a Status Conference is hereby set for February 11, 2002 at 10:00 a.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this _29_ day of January, 2002.

SALVADOR E. CASELLAS
United States District Judge

c: Cb
1-29-02

AO 72A
(Rev.8/82)