IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.      *
                                     *
Plaintiffs                           *
                                     *
v.                                   *    Civil No. 98-1191(SEC)
                                     *
MUNICIPALITY OF LAS PIEDRAS,         *
et al.                               *
                                     *
Defendants                           *
************************************

## ORDER

The Status Conference previously set for February 11, 2002 at 10:00 a.m. is hereby reset for **February 14, 2002 at 2:00 p.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of January, 2002.

SALVADOR E. CASELLAS
United States District Judge