# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.

Plaintiffs

v.   **Civil No. 98-1191(SEC)**

MUNICIPALITY OF LAS PIEDRAS, et al.

Defendants

## ORDER

In light of the fact that the parties in the above-captioned case have filed a aettlement agreement (**Docket #67**), the Status Conference set for February 14, 2002 at 2:00 p.m. is hereby set aside.

**SO ORDERED.**

In San Juan, Puerto Rico, this 4TH day of February, 2002.

SALVADOR E. CASELLAS
United States District Judge

