IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al.    *
                                    *
Plaintiffs                          *
                                    *   **Civil No. 98-1191(SEC)**
v.                                  *
                                    *
MUNICIPALITY OF LAS PIEDRAS,        *
et al.                              *
                                    *
Defendants                          *
*********************************

## JUDGMENT

On February 1, 2002 parties in the above-captioned matter filed a "Stipulation on Partial Settlement" **(Docket #67)**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and to said stipulation, whose terms are fully incorporated herein, the above-captioned action is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this __4TH__ day of February, 2002.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)