# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA
    Plaintiff
           v.                        Civil No. 98-1191(SEC)
MUNICIPALITY OF LAS PIEDRAS, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #70**<br>**Motion Requesting Hearing** | **GRANTED.** The case is hereby referred to U.S. Magistrate Judge J. Antonio Castellanos for the holding of a hearing. |

DATE: April 16, 2002

                                    SALVADOR E. CASELLAS
                                    United States District Judge

