IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA,
Plaintiff,

v.                                Civil No. 98-1191(SEC)

MUNICIPALITY OF LAS PIEDRAS, ET AL.
Defendants.

## ORDER

A hearing on settlement is hereby scheduled for **May 7, 2002, at 9:30 am**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of April, 2002.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)