UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA
   Plaintiff
       v.                   Civil No. 98-1191(SEC)
MUNICIPALITY OF LAS PIEDRAS, et al.
   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #73**<br>**Motion Concerning Legal Representation** | **GRANTED.** Attorney Darío Rivera Carrasquillo's request to withdraw as counsel of record is granted. |

DATE: May 2, 2002

SALVADOR E. CASELLAS
United States District Judge


