IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA,
Plaintiff,

v.                                    Civil No. 98-1191(SEC)

MUNICIPALITY OF LAS PIEDRAS, ET AL.
Defendants.

## SETTLEMENT CONFERENCE REPORT

Present were: Counsel Andres Guillermard-Noble, Vanessa Viera Rabelo, and Anabel

This Magistrate is of the opinion that a hearing in this case is no longer necessary.

The parties are granted ten (10) days to submit an amended stipulation of settlement for consideration and approval by the Court.

**IT IS SO REPORTED.**

In San Juan, Puerto Rico, this 9th day of May, 2002.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)