UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA
    Plaintiff
           v.           Civil No. 98-1191(SEC)
MUNICIPALITY OF LAS PIEDRAS, et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #76<br>Informative and Motion<br>Requesting Extension of Time | **GRANTED** until June 6, 2002. |

DATE: May 30, 2002



SALVADOR E. CASELLAS
United States District Judge

