IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA IRIS ORTIZ GARCIA, et al. *
*
Plaintiffs *
*   Civil No. 98-1191(SEC)
v. *
*
MUNICIPALITY OF LAS PIEDRAS, *
et al. *
*
Defendants *
**********************************

**AMENDED JUDGMENT**

On June 11, 2002 parties in the above-captioned matter filed an "Amended Stipulation on Partial Settlement" **(Docket #78)**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and to said stipulation, whose terms are fully incorporated herein, the above-captioned action is hereby **DISMISSED WITH PREJUDICE.** Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this ____ day of June, 2002.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev.8/82)